In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of LANSDOWNE SERVICE, INC., Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appellant conducts a night club, and contracts with a booking agency for vaudeville entertainers. Lump sum weekly payments are made to the agency or the captains of the group of entertainers. Each group is employed for one week, and occasionally for

two weeks. The individual members are not employees of appellant. (*Matter of Earle,* 262 App. Div. 789.) Decision in so far as it involves payments for entertainers is reversed on the law and facts, with costs against the Industrial Commissioner. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.